**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
_____

**JOHN RUSSOPOULUS, 97-A-1208,**

        **Plaintiff,**

   **-vs-**

**Correction Officer CATER, Correction Officer RYDZA, Correction Officer LEWALSKI, Correction Officer JOHNSON, and Sergeant JOHN DOE,**

        **Defendants.**
_____

**NOTICE OF MOTION TO MODIFY SCHEDULING ORDER**

**03-CV-0249 Sc**

     **PLEASE TAKE NOTICE** that defendants Cater, Rydza, Lewalski, and Johnson, will move this Court at a date and time set by the Court, before the Honorable Hugh B. Scott, at the United States Courthouse, 68 Court Street, Buffalo, New York, for an Order Modifying the Scheduling Order, based upon the grounds more fully set forth in the Declaration of Michael A. Siragusa, dated August 22, 2005, filed contemporaneously herewith.

**DATED:** Buffalo, New York
       August 22, 2005

                              **ELIOT SPITZER**
                              **Attorney General of the**
                                  **State of New York**
                              **Attorney for Defendants**
                              **By:**
                              _s/ Michael A. Siragusa_
                              **MICHAEL A. SIRAGUSA**
                              **Assistant Attorney General**
                                  **of Counsel**
                              **Statler Towers-4th Floor**
                              **Buffalo, New York   14202**
                              **(716) 853-8485**
                              **Michael.Siragusa@oag.state.ny.us**

**TO:**  William A. Gerard, Esquire
      71 Woods Road
      P.O. Box 717
      Palisades, New York   10964

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
_____

**JOHN RUSSOPOULUS, 97-A-1208,**

       **Plaintiff,**

  **-vs-**

                               **03-CV-0249 Sc**

**Correction Officer CATER, Correction Officer RYDZA, Correction Officer LEWALSKI, Correction Officer JOHNSON, and Sergeant JOHN DOE,**

       **Defendants.**
_____

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that on August 22, 2005, I electronically filed the foregoing with the Clerk of the District Court using its CM/ECF system.

    And, I hereby certify that on August 22, 2005, I mailed the foregoing, by the United States Postal Service, to the following non-CM/ECF participant:

        William A. Gerard, Esquire
        71 Woods Road
        P.O. Box 717
        Palisades, New York   10964

Dated: August 22, 2005    **ELIOT SPITZER**
                               **Attorney General of the**
                                    State of New York
                               **Attorney for Defendants**
                               **BY:**
                               <u>s/ Michael A. Siragusa</u>
                               **MICHAEL A. SIRAGUSA**
                               **Assistant Attorney General**
                                    of Counsel
                               **NYS Office of the Attorney General**
                               **107 Delaware Avenue**
                               **Buffalo, New York 14202**
                               **(716) 853-8485**
                               **Michael.Siragusa@oag.state.ny.us**