**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

_____

**JOHN RUSSOPOULUS, 97-A-1208,**          **DECLARATION OF MICHAEL A.**
                                          **SIRAGUSA IN SUPPORT OF**
                                          **DEFENDANTS' MOTION TO MODIFY**
                    **Plaintiff,**        **THE SCHEDULING ORDER**
     **-vs-**
                                          **03-CV-0249 Sc**

**Correction Officer CATER, Correction**
**Officer RYDZA, Correction Officer**
**LEWALSKI, Correction Officer**
**JOHNSON, and Sergeant JOHN DOE,**

                    **Defendants.**

_____


     **MICHAEL A. SIRAGUSA**, declares under penalty of perjury,

pursuant to 28 U.S.C. §1746, that the following is true and

correct:

     1.   I am an Assistant Attorney General, of counsel to Eliot

Spitzer, Attorney General of the State of New York, attorney for

defendants Cater, Rydza, Lewalski, and Johnson ("defendants").

     2.   This Affidavit is submitted in support of Defendants'

Motion to Modify the Scheduling Order.

     3.   The current Scheduling Order (Dkt. #49) set forth a

deadline for the filing of motions to amend the pleadings of

January 21, 2005, a discovery deadline of May 21, 2005, and

dispositive motion deadline of August 22, 2005.

     4.   Plaintiff filed a motion to amend his complaint on

January 25, 2005 (Dkt. #50 & 51), and defendants opposed said

motion (Dkt. #53).

5.     This Honorable Court granted plaintiff's motion to amend, in part, and permitted plaintiff to file his amended complaint (Dkt. #55).

6.     Plaintiff's original complaint (Dkt. #1) alleged that the four original defendants (Cater, Rydza, Lewalski, and Johnson) failed to protect him from other inmates in violation of the Eighth Amendment.

7.     Plaintiff's Amended Complaint (Dkt. #58) now adds eight (8) additional defendants and an unspecified number of John Doe defendants, and sets forth new causes of action (i.e. excessive force, retaliation, due process).

8.     Summonses were just recently issued as to the newly identified defendants and they have yet to be served (See Dkt. Entry of July 22, 2005).

9.     In light of the addition of the eight (8) newly named defendants and the three (3) additional causes of action set forth in this case, it is the defendants position that a new scheduling order must be entered extending the current deadlines imposed by the previous scheduling order.

10.    In light of the amended complaint being filed, defendants will need additional time to seek discovery concerning the newly added causes of action, to investigate plaintiff's claims, to file dispositive motions, etc.

11.    Defendants believe that it may be in the interest of judicial economy for this Honorable Court to set a date for a scheduling conference to modify the existing Scheduling Order.

2

    12.    No prejudice will result to the plaintiff by the

modification of the existing Scheduling Order.


DATED: August 22, 2005

                                    s/ Michael A. Siragusa
                                   MICHAEL A. SIRAGUSA
                                   Assistant Attorney General
                                        of Counsel
                                   Attorney for Defendants
                                   NYS Office of the Attorney General
                                   107 Delaware Avenue
                                   Buffalo, New York 14202
                                   (716) 853-8485
                                   Michael.Siragusa@oag.state.ny.us

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
_____

**JOHN RUSSOPOULUS, 97-A-1208,**

          **Plaintiff,**

   **-vs-**                      **03-CV-0249 Sc**

**Correction Officer CATER, Correction**
**Officer RYDZA, Correction Officer**
**LEWALSKI, Correction Officer**
**JOHNSON, and Sergeant JOHN DOE,**
                  **Defendants.**

_____

CERTIFICATE OF SERVICE

     I hereby certify that on August 22, 2005, I electronically
filed the foregoing with the Clerk of the District Court using
its CM/ECF system.

     And, I hereby certify that on August 22, 2005, I mailed the
foregoing, by the United States Postal Service, to the following
non-CM/ECF participant:

               William A. Gerard, Esquire
               71 Woods Road
               P.O. Box 717
               Palisades, New York   10964


Dated: August 22, 2005        ELIOT SPITZER
                   Attorney General of the
                     State of New York
                   Attorney for Defendants
                   BY:
                   s/ Michael A. Siragusa
                   MICHAEL A. SIRAGUSA
                   Assistant Attorney General
                     of Counsel
                   NYS Office of the Attorney General
                   107 Delaware Avenue
                   Buffalo, New York 14202
                   (716) 853-8485
                   Michael.Siragusa@oag.state.ny.us