UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

**JOHN RUSSOPOULUS, 97-A-1208**

                **Plaintiff,**   **CERTIFICATE OF SERVICE**

vs.   03-CV-0249(Sc)

**Correction Officer CATER, et al.,**

                **Defendants.**
_____

CERTIFICATE OF SERVICE

    I hereby certify that on May 12, 2006, I electronically filed the partial motion for summary judgment, statement of undisputed facts, memorandum of law in support of defendants partial motion for summary judgment, and declarations of Gary Johnson and Timothy Lewalski with the Clerk of the District Court using its CM/ECF system which would then electronically notify the following CM/ECF participant on this case:

    1.    William Anthony Gerard, Esq.
          71 Woods Road
          P.O. Box 717
          Palisades, NY 10904
          Email:wag1@optonline.net

Dated: May 15, 2006

                ELIOT SPITZER
                Attorney General of the State of New York
                Attorney for Defendants
                BY:
                _s/ Kim S. Murphy_____
                KIM S. MURPHY
                Assistant Attorney General
                    of Counsel
                NYS Office of the Attorney General
                107 Delaware Avenue
                Buffalo, New York 14202
                (716) 853-8477
                Kim.Murphy@oag.state.ny.us